United States District Court
Southern District of Texas
**ENTERED**
April 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRIS SEVIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-347 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiff's Motion for Reconsideration (Doc. #13). Having considered the arguments and the applicable law, the Court denies Plaintiff's Motion.

It is so ORDERED.

_____APR 1 3 2016_____     _____
Date                                              THE HONORABLE ALFRED H. BENNETT
                                                         UNITED STATES DISTRICT JUDGE